IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| MAI GAMAL ELHENNAWY, | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Case No. 4:22-cv-700 SDJ |
| | § | |
| UR JADDOU, DIRECTOR, U.S. CITIZENSHIP AND IMMIGRATION SERVICE, | § § § | |
| | § | |
| Defendant. | § | |

## NOTICE OF APPEARANCE OF LEAD COUNSEL

Defendant Ur Mendoza Jaddou in official capacity as Director, U.S. Citizenship and Immigration Services, designates the following Assistant United States Attorney as lead counsel in this case, and respectfully requests that the same be noted by the Clerk of the Court and that this attorney be added to the list of counsel to receive all future notices, orders, and filings through the Court's CM/ECF system:

>J. Kevin McClendon
>Assistant United States Attorney
>Texas Bar No. 13408620
>101 E. Park Blvd., Suite 500
>Plano, Texas 75074
>(972) 509-1201
>(972) 509-1209 (fax)
>kevin.mcclendon@usdoj.gov

Respectfully submitted,

BRIT FEATHERSTON
United States Attorney
Eastern District of Texas

/s/ *J. Kevin McClendon*
J. Kevin McClendon
Assistant United States Attorney
Texas Bar No. 13408620
101 E. Park Blvd., Suite 500
Plano, Texas 75074
(972) 509-1201
(972) 509-1209 (fax)
kevin.mcclendon@usdoj.gov

ATTORNEYS FOR THE DEFENDANT

## CERTIFICATE OF SERVICE

I certify that on October 31, 2022, a true copy of this document was electronically served on all counsel of record through use of the Court's electronic- notification system.

/s/ *J. Kevin McClendon*
J. Kevin McClendon
Assistant United States Attorney