UAET (02-2008)



## Unopposed Application for Extension of Time to Answer Complaint

Attach this form to the *Application for Extension of Time to Answer Complaint* event.

**CASE AND DEADLINE INFORMATION**

Civil Action No.: 4:22cv700

Name of party requesting extension: UR Jaddou, Director, USCIS

Is this the first application for extension of time in this case? ☑ Yes ☐ No

If no, please indicate which application this represents: ☐ Second ☐ Third ☐ Other _____

Date of Service of Summons: 08/25/2022

Number of days requested: ☐ 30 days ☐ 15 days ☑ Other 14 days

New Deadline Date: 11/14/2022  *(Required)*

**ATTORNEY FILING APPLICATION INFORMATION**

Full Name: J. Kevin McClendon

State Bar No.: 13408620

Firm Name: U.S. Attorney's Office

Address: 101 E Park Blvd., Suite 500
Plano, TX 75074

Phone: 972-509-1201

Fax: 972-509-1209

Email: kevin.mcclendon@usdoj.gov

A certificate of conference does not need to be filed with this unopposed application.